# UNITED STATES DISTRICT COURT
## Southern District of Georgia

Frank Betz Associates, Inc.,

                                      **SUMMONS IN A CIVIL CASE**

     V.

Ivey Residential, LLC d/b/a Ivey Homes,
Mark Ivey, and Matt Ivey,                   CASE NUMBER: CV1:16-78

TO: (Name and address of Defendant)

    Ivey Residential, LLC d/b/a Ivey Homes
    c/o James Ivey, Registered Agent
    7013 Evans Town Center Blvd., Suite 401
    Evans, GA 30809

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brad Valentine

Johnson Marlowe LLP

455 Epps Bridge Parkway, Suite 101

Athens, GA 30606

an answer to the complaint which is served on you with this summons, within _____21_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Scott L. Poff                                     06/07/2016

CLERK                                                   DATE

(By) DEPUTY CLERK

◈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                      Date                                  *Signature of Server*

                                        _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

GAS Rev 1/31/02

# UNITED STATES DISTRICT COURT
## Southern District of Georgia

Frank Betz Associates, Inc.,

**SUMMONS IN A CIVIL CASE**

V.

Ivey Residential, LLC d/b/a Ivey Homes,
Mark Ivey, and Matt Ivey,

CASE NUMBER: CV1:16-78

TO: (Name and address of Defendant)

Mark Ivey
Ivey Residential, LLC d/b/a Ivey Homes
7013 Evans Town center Blvd., Suite 401
Evans, GA 30809

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brad Valentine

Johnson Marlowe LLP

455 Epps Bridge Parkway, Suite 101

Athens, GA 30606

an answer to the complaint which is served on you with this summons, within ____21____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Scott L. Poff                                              06/07/2016
CLERK                                                      DATE

(By) DEPUTY CLERK

GAS Rev 1/31/02

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date                    *Signature of Server*

                                     _____
                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## Southern District of Georgia

Frank Betz Associates, Inc.,

                V.

Ivey Residential, LLC d/b/a Ivey Homes,
Mark Ivey, and Matt Ivey,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV1:16-78

TO: (Name and address of Defendant)

Matt Ivey
Ivey Residential, LLC d/b/a Ivey Homes
7013 Evans Town center Blvd., Suite 401
Evans, GA 30809

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brad Valentine

Johnson Marlowe LLP

455 Epps Bridge Parkway, Suite 101

Athens, GA 30606

an answer to the complaint which is served on you with this summons, within \_\_\_\_\_21\_\_\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Scott L. Poff                              06/07/2016

CLERK                                            DATE

(By) DEPUTY CLERK

GAS Rev 1/31/02

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                      *Signature of Server*

                                              _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

GAS Rev 1/31/02