IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
FRANK BETZ ASSOCIATES, INC.,      *
                                  *
     Plaintiff,                   *
                                  *
     v.                           *      CV 116-078
                                  *
IVEY RESIDENTIAL, LLC, d/b/a      *
IVEY HOMES; MARK IVEY; and        *
MATT IVEY,                        *
                                  *
     Defendants.                  *
```

**O R D E R**

On August 23, 2016, the parties in the captioned case filed a Stipulation of Dismissal [with Prejudice]. (Doc. 21.) The stipulation is signed by all parties in the case. (Id.) Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against the Defendants are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of August, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA